```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALAN SCHWARTZ, et al.,                                      :
                                    Plaintiffs,             :
                                                            :
              -against-                                     :
                                                            :
GETTY IMAGES (US), INC.,                                    :
                                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/9/2019

19 Civ. 2861 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a Motion to Dismiss on July 3, 2019, on grounds that an earlier action in this district collaterally estops the present one.  Defendant did not file a pre-motion letter required under Individual Rule III.C.2.  It is hereby

**ORDERED** that Defendant's Motion to Dismiss is DENIED without prejudice to renewal for failure to comply with the Individual Rules.  Defendant may renew the motion after the Court reviews the parties' pre-motion letters and discusses the proposed motion at the July 23, 2019, initial pretrial conference.  It is further

**ORDERED** that Defendant shall, in accordance with Individual Rule III.C.2, file a pre-motion letter regarding the proposed motion to dismiss by **July 11, 2019**.  Plaintiffs shall file a response by **July 16, 2019**.  The parties shall confer and jointly propose a briefing schedule in one of the letters.

The parties are reminded that their joint conference materials, which must comply with the Order at Dkt. No. 6, are due seven days before the July 23, 2019, initial conference, or by **July 16, 2019**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 12.

Dated: July 9, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**